STATE of Missouri, Respondent,

v.

David L. MAYES, Appellant.

David Lawrence MAYES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46284, WD 48128.

Missouri Court of Appeals,
Western District.

March 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of three counts of the class B felony of burglary in the first degree, two counts of the class B felony of sodomy, and appeal from denial, after evidentiary hearing, of postconviction motion.

Judgments affirmed. Rules 84.16(b) and 30.25(b).